AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Jesus Jorge AGUILAR-Rodriguez
(DOB:1959)

*Defendant(s)*

Case No. M-18-2053-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 USC § 1326 | Being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near McAllen, Texas within the Southern District of Texas, and the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the U.S. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*approved by*

Sworn to before me and signed in my presence.

*Complainant's signature*

Quintin R Moses, HSI Special Agent
*Printed name and title*

Date: 10/04/2018

City and state: McAllen, Texas

*Judge's signature*

J Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On October 3, 2018, at approximately 1900 hours, Homeland Security Investigations, McAllen, TX HSI McAllen executed a search warrant regarding drug trafficking at a McAllen, TX residence.

During the execution of the search warrant, HSI McAllen Special Agents (SA) and HSI McAllen Task Force Officers (TFOs) encountered Jesus Jorge AGUILAR-Rodriguez at the residence. During an interview, AGUILAR stated he was a Mexican national. AGUILAR stated he was previously arrested in Roma, TX for possessing approximately four thousand (4,000) pounds of marijuana and was subsequently deported to Mexico. AGUILAR stated he last entered the U.S. from Mexico in August 2018. AGUILAR stated he has frequently illegally entered the U.S. from Mexico via the Rio Grande River since being deported. AGUILAR stated he has frequently illegally resided in McAllen and Roma since being deported.

Law enforcement records revealed on March 8, 2006, AGUILAR was convicted of Title 21 U.S. Code 841 Possession with Intent to Distribute Marijuana in McAllen, TX and sentenced to seventy (70) months confinement. On October 15, 2008, AGUILAR was formally ordered deported by an immigration judge in Dallas, TX, and subsequently removed from the U.S. via Del Rio, TX on July 4, 2010. After removal, the defendant returned to the U.S. without the permission of the US attorney General or Secretary of Homeland Security. QM.